# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.

BRIAN RITTENHOUSE,

      Defendant.

      **INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
### (Embezzlement and Theft of Labor Organization Assets)

Between on or about December 2, 2016, and continuing until on or about April 20, 2018, in Kent County, in the Southern Division of the Western District of Michigan,

BRIAN RITTENHOUSE,

while an officer, that is, the financial secretary, of United Auto Workers Local 1320, a labor organization engaged in an industry affecting commerce, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use the moneys, funds, securities, property, and other assets of said labor organization.

**29 U.S.C. § 501(c)**

## COUNT 2
### (False Entry in Record Required to be Kept by Labor Organization)

At all times material to this Indictment, United Auto Workers Local 1320 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., required to file an annual financial (LM series) report with the Secretary of Labor.

On or about April 1, 2018, in Kent County, in the Western District of Michigan, Southern Division,

BRIAN RITTENHOUSE

willfully made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, a Disbursement Voucher, a record on a matter required to be reported in the annual financial report of United Auto Workers Local 1320, which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2018 in that he falsified an expense voucher by misrepresenting that a $500 ATM cash withdrawal was for union t-shirts.

**29 U.S.C. § 439(c)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

A. Sanford
for

_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney